No. D–814. IN RE DISBARMENT OF BERNSTEIN. Disbarment entered. [For earlier order herein, see *ante*, p. 949.]

No. D–820. IN RE DISBARMENT OF MCDONNELL. Disbarment entered. [For earlier order herein, see *ante*, p. 949.]

No. D–822. IN RE DISBARMENT OF MASTERS. Disbarment entered. [For earlier order herein, see *ante*, p. 950.]

No. D–828. IN RE DISBARMENT OF KAVANAUGH. Disbarment entered. [For earlier order herein, see *ante*, p. 960.]

No. D–830. IN RE DISBARMENT OF NICHOLSON. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–831. IN RE DISBARMENT OF BRASS. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–832. IN RE DISBARMENT OF BATKIN. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–835. IN RE DISBARMENT OF THORP. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–854. IN RE DISBARMENT OF MCCALLUM. It is ordered that Thomas J. McCallum, of Fraser, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–855. IN RE DISBARMENT OF RIVAS. It is ordered that Fred Rivas, of Chino, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $3,761.73 for the period July 1 through December 31, 1989, to be paid equally by the parties. [For earlier order herein, see, *e. g., ante*, p. 929.]

No. 74, Orig. GEORGIA *v.* SOUTH CAROLINA. Accounting of the Special Master for expenses approved, and the Special Master is hereby discharged. [For earlier order herein, see, *e. g., ante*, p. 1014.]